# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| CURTIS WAYNE CONNER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:19-cv-00567-ACA-JHE |
| ) | |
| MORGAN COUNTY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report on August 1, 2019, recommending that the court dismiss this action without prejudice for failure to prosecute. (Doc. 12). Although the magistrate judge advised Plaintiff Curtis Wayne Conner, Jr. of his right to file specific written objections within 14 days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report **ACCEPTS** his recommendation to dismiss this action without prejudice for failure to prosecute.

The court will enter a separate final order.

**DONE** and **ORDERED** this August 27, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE